1

2                    UNITED STATES DISTRICT COURT

3                          DISTRICT OF NEVADA

4                                 * * *

5    MARSHALL A. KHAN,                      Case No. 2:21-cv-00003-KJD-VCF

6                          Plaintiff,       **ORDER ADOPTING AND AFFIRMING
                                            MAGISTRATE JUDGE'S REPORT AND
7         v.                                RECOMMENDATION**

8    ANDREW SAUL, Commissioner of Social
     Security,
9
                         Defendant.
10

11        Before the Court for consideration is the Report and Recommendation (ECF #8)

12   containing the findings and recommendations of Magistrate Judge Cam Ferenbach entered

13   January 25, 2021, recommending that Plaintiff's motion to proceed in forma pauperis be denied

14   and the case administratively closed. Plaintiff did not file an objection but filed multiple

15   documents in opposition to the report and recommendation, including a Petition for Judicial

16   Review (ECF #10), Motion for Exclusive Rights (ECF #11), Motion for Estoppel against the

17   Government (ECF #12), and Motion for Entry of Clerk's Default Judgment (ECF #15).

18        The Court has conducted a de novo review of the record in this case in accordance with

19   28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and

20   Recommendation (ECF #8) containing the findings and recommendations of Magistrate Judge

21   Ferenbach, entered January 25, 2021, should be **ADOPTED** and **AFFIRMED**. Plaintiff argues

22   that the magistrate judge may not participate in the litigation because Plaintiff did not consent to

23   a magistrate judge hearing his case. "Pursuant to 28 U.S.C. § 636(b), a magistrate is authorized

24   to prepare a report and recommendation that disposes of a claim or defense, and no consent of

25   the parties is necessary." <u>Venegas v. United States</u>, No. 89-55026, 921 F.2d 282, at *1 (9th Cir.

26   1990) (unpublished). The magistrate judge properly submitted a report and recommendation that

27   this Court reviewed in making its determination.

28   //

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and

2  Recommendation (ECF #8) is **ADOPTED** and **AFFIRMED.**

3    IT IS FURTHER ORDERED that all remaining motions are **DENIED** as moot.

4    IT IS FINALLY ORDERED that the case be administratively closed.

5  Dated this 23rd day of February, 2021.

6

7  _____
   Kent J. Dawson

8  United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28