UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARSHALL A. KHAN,<br><br>                                         Plaintiff,<br><br>           v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                                         Defendant. | Case No. 2:21-cv-00003-KJD-VCF<br><br>**ORDER DENYING PLAINTIFF'S MOTION RE ADMIRALTY LAW** |

      Before the Court is Plaintiff's Motion re Admiralty Law Notice of Objection Under Rule 46 of Civil Procedures (ECF #20). The Court adopted and affirmed the magistrate judge's recommendation denying Plaintiff's request to proceed *in forma* pauperis and administratively closed the case on February 23, 2021. (ECF #16). Plaintiff did not file an objection to the report and recommendation but filed multiple documents in opposition, including a Petition for Judicial Review (ECF #10), Motion for Exclusive Rights (ECF #11), Motion for Estoppel against the Government (ECF #12), and Motion for Entry of Clerk's Default Judgment (ECF #15).

      Plaintiff filed this motion on March 15, 2021, after the action had been closed. He then appealed the Court's adoption of the report and recommendation on March 24, 2021. (ECF #22). On August 16, 2021, the Ninth Circuit Court of Appeals dismissed the appeal as frivolous. (ECF #26) and the Court submitted the order on the Ninth Circuit mandate on November 19, 2021. (ECF #28). The motion appears to be 22 copied pages of a law treatise on federal jurisdiction and maritime law. It is irrelevant and was filed after the case was closed. The motion is denied.

      IT IS THEREFORE ORDERED that Plaintiff's Motion re Admiralty Law (ECF #20) is **DENIED.**

Dated this 23rd day of November, 2021.

_____
Kent J. Dawson
United States District Judge